# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

December 9, 2008

To:   Stephen Ludwig
      UNITED STATES DISTRICT COURT
      Northern District of Indiana
      South Bend , IN 46601-0000

| No.: 08-1222 | UNITED STATES OF AMERICA, Plaintiff - Appellee<br><br>v.<br><br>CEDRIC PEARSON, Defendant - Appellant |
|---|---|

**Originating Case Information:**

District Court No: 3:06-cr-00130-RLM-1
Northern District of Indiana South Bend
Clerk/Agency Rep Stephen Ludwig
District Judge Robert Miller

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any

direction as to costs shall constitute the mandate.

| RECORD ON APPEAL STATUS: | Entire record returned consisting of |
|---|---|
| Pleadings: | 1 |
| Transcripts: | 2 |
| Sealed Envelopes: | 1 |

This notice sent to:

[X]   United States Marshal           [X]   United States Probation Officer

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                              **Received by:**

_____         _____

form name: **c7_Mandate** (form ID: **135**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 |  | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

## FINAL JUDGMENT

November 17, 2008

BEFORE:   RICHARD A. POSNER, Circuit Judge
          ILANA DIAMOND ROVNER, Circuit Judge
          TERENCE T. EVANS, Circuit Judge

| | |
|---|---|
| No.: 08-1222 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>CEDRIC PEARSON,<br>Defendant - Appellant |

**Originating Case Information:**

District Court No: 3:06-cr-00130-RLM-1
Northern District of Indiana South Bend
District Judge Robert Miller

Counsel's motion to withdraw is **GRANTED**, and the appeal is **DISMISSED** in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment** (form ID: **132**)